UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARK ALAN COLLEY                             CIVIL ACTION NO. 07-365-P

VERSUS                                       JUDGE S. MAURICE HICKS, JR.

RED RIVER PARISH, ET AL.                     MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 5th day of September, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE